```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         NORTHERN DIVISION
```

| | | |
|---|---|---|
| DESIREE POLLARD, | ) | |
| for T.W., | ) | |
| | ) | |
|       Plaintiff, | ) | |
|   v. | ) | No. 4:07CV1054-DJS |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|       Defendant. | ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on June 4, 2008, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #19] is accepted and adopted.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is reversed and this cause is remanded to the Commissioner for further consideration.

Dated this   18th    day of July, 2008.

                                            /s/Donald J. Stohr
                                            UNITED STATES DISTRICT JUDGE